FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SEP 1 0 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 4:19 MJ 352 DDN |
| | ) | |
| SHAWN TEPEN | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Nauman Wadalawala, Special Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with an offense for which a mandatory minimum of 10-years imprisonment is prescribed under Title 21.

2. Furthermore, Defendant is charged with an offense for which a mandatory minimum of 5-years imprisonment consecutive is prescribed under Title 21.

3. On September 9, 2019, Defendant retrieved a package of approximately four (4) pounds of methamphetamine.

4. Inside of the Defendants residence was one .40 caliber handgun, multiple digital scales, ammunition, and a large scale psilocybin mushroom grow operation.

5.        Given the serious nature of the charges, there is a serious risk that the defendant will flee.

6.        The defendant is a threat to the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/Nauman Wadalawala*
NAUMAN WADALAWALA #65252MO
Special Assistant United States Attorney